THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM H. MALCOLM, Relator, v. ARTHUR WOODS, as Police Commissioner of the City of New

York, Respondent.— Writ annulled, and determination confirmed, with fifty dollars costs and disbursements. No opinion. Jenks, P. J., Mills, Rich, Kelly and Jaycox, JJ., concurred.